STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
JOSE RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00899-DLJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [] ORDER** |
| vs. | ) | |
| JOSE RUIZ, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through Special Assistant United States Attorney Meredith Edwards, and Defendant JOSE RUIZ ("Mr. Ruiz"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the sentencing hearing in this case should be continued from April 11, 2013, to May 16, 2013, at 9:00 a.m.

1. On December 7, 2011, Mr. Ruiz was charged in a single count indictment with a violation of 8 U.S.C. § 1326 (a) and (b).

2. Following plea negotiations with the United States, Mr. Ruiz elected to decline the offer of a fast-track plea disposition and on January 17, 2013, he changed his plea to guilty before this Honorable Court. The sentencing hearing was scheduled for April 11, 2013.

STIPULATION TO CONTINUE; [] ORDER
CR 11-00899-DLJ                     1

1     3. Counsel for Mr. Ruiz has missed a great deal of time from work during the last three or more weeks, due to the sickness of a child that culminated in a hospital admission. As a result, Counsel has not been able to prepare and file a sentencing position paper on Mr. Ruiz' behalf.

    4. Additionally, the case was only recently reassigned to Special Assistant United States Attorney Meredith Edwards, following the departure from the United States Attorney's Office of previous government counsel, and she needs adequate time to familiarize herself with the case and to prepare for sentencing.

    5. Accordingly, the parties respectfully request that the sentencing hearing be continued from April 11, 2013, to May 16, 2013, at 9:00 a.m.

    IT IS SO STIPULATED.

                        Respectfully submitted,

                        STEVEN G. KALAR
                        Federal Public Defender

                        /S/_____
Dated: April 5, 2013       ROBERT M. CARLIN
                        Assistant Federal Public Defender

                        UNITED STATES ATTORNEY

Dated: April 5, 2013       /S/_____
                        MEREDITH EDWARDS
                        Special Assistant United States Attorney

1 | STEVEN G. KALAR
Federal Public Defender
2 | ROBERT M. CARLIN
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
JOSE RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  ) No. CR 11-00899-DLJ
)
Plaintiff,  ) **[] ORDER ON**
) **STIPULATION TO CONTINUE**
vs.  ) **SENTENCING HEARING**
)
JOSE RUIZ  )
)
Defendant.  )
_____

1. On December 7, 2011, Mr. Ruiz was charged in a single count indictment with a violation of 8 U.S.C. § 1326 (a) and (b).

2. Following plea negotiations with the United States, Mr. Ruiz elected to decline the offer of a fast-track plea disposition and on January 17, 2013, he changed his plea to guilty before this Court. The sentencing hearing was scheduled for April 11, 2013.

3. Counsel for Mr. Ruiz has missed a great deal of time from work during the last three or more weeks, due to the sickness of a child that culminated in a hospital admission. As a result, Counsel has not been able to prepare and file a sentencing position paper on Mr. Ruiz' behalf.

///

1     4. Additionally, the case was only recently reassigned to Special Assistant United States

2 Attorney Meredith Edwards, following the departure from the United States Attorney's Office of

3 previous government counsel, and she needs adequate time to familiarize herself with the case

4 and to prepare for sentencing.

5     5. For the above stated reasons, the sentencing hearing shall be continued to May 16,

6 2013, at 9:00 a.m.

7     IT IS SO ORDERED.

Dated: _____      _____
HON. D. LOWELL JENSEN
United States District Judge