```
 1 | MELINDA HAAG (CABN 132612)
   | United States Attorney
 2 |
 3 | MIRANDA KANE (CABN 150630)
   | Chief, Criminal Division
 4 | MEREDITH J. EDWARDS (CABN 279301)
   | Special Assistant United States Attorney
 5 |
 6 |    150 Almaden Boulevard
   |    San Jose, California 95113
 7 |    Telephone: (408) 535-5589
   |    Facsimile: (408) 535-5066
 8 |    Email: meredith.edwards@usdoj.gov
 9 | Attorneys for the United States of America
```

E-FILING (highlighted stamp)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-00899 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER RESCHEDULING HEARING |
| v. | ) DATE |
| JOSE RUIZ, | ) |
| Defendant. | ) |

**STIPULATION**

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Jose Ruiz, by and through Assistant Federal Public Defender Robert M. Carlin, hereby stipulate that, with the Court's approval, the sentencing hearing currently set for Thursday, May 16, 2013, at 10:00 a.m., be vacated and rescheduled for Thursday, June 6, 2013, at 10:00 a.m.  [FH]

//

1

The continuance is requested on behalf of government counsel, who will be in trial on May 16, 2013, and therefore unavailable for the sentencing hearing.

Dated: May 13, 2013

/s/
MEREDITH J. EDWARDS
Special Assistant United States Attorney

Dated: May 13, 2013

/s/
ROBERT M. CARLIN
Assistant Federal Public Defender

//
//
//
//

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | Good cause appearing and by stipulation of the parties, it is hereby ordered that the |
| 3 | sentencing hearing currently set for Thursday, May 16, 2013, at 10:00 a.m., shall be continued to |
| 4 | Thursday, June 6, 2013, at 10:00 a.m. |
| 5 |  |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | DATED: 5/15/13 |
| 9 | THE HONORABLE D. LOWELL JENSEN<br>United States District Judge |